STATE of Missouri, Respondent,

v.

Leonard WALKER, Appellant.

No. WD 37576.

Missouri Court of Appeals,
Western District.

July 15, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 28, 1986.

Application to Transfer Denied
Act. 14, 1986.

Robert G. Duncan, Kansas City, for appellant.

Paula Fridkin, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J. Presiding, and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from judgment and sentence of second degree assault and armed criminal action and sentence as a prior offender.

Judgment affirmed.   Rule 30.25(b).